UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br>vs.<br><br>MARKMAN BIOLOGICS CORP. and ALAN SHINDERMAN,<br><br>       Defendants,<br>and<br><br>ASPEN ASSET MANAGEMENT SERVICES, LLC<br><br>       Relief Defendant | Case No. 1:23-mc-00432<br><br>**DEFENDANT ALAN SHINDERMAN AND RELIEF DEFENDANT ASPEN ASSET MANAGEMENT SERVICES, LLC'S NOTICE OF RULE 45 MOTION TO COMPEL PRODUCTION AGAINST NON-PARTIES DR. BARRY MARKMAN AND JUDY MARKMAN, AND RULE 45 MOTION TO ADJUDICATE NON-PARTIES DR. BARRY MARKMAN AND JUDY MARKMAN IN CIVIL CONTEMPT** |

PLEASE TAKE NOTICE that upon its Memorandum of Law in Support of the Rule 45 Motion to Compel Production Against Non-Parties Dr. Barry Markman and Judy Markman, and Rule 45 Motion to Adjudicate Non-Parties Dr. Barry Markman and Judy Markman in Civil Contempt, the accompanying Declaration of David Rosenfield, Esq. and attached exhibits, and all papers and pleadings previously filed in this action, Alan Shinderman and Aspen Asset Management Services, LLC, by and through its undersigned counsel, will move this Court, at a date to be determined by the Court, for an Order compelling the production of documents pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), and for an adjudication of contempt and damages pursuant to Federal Rule of Civil Procedure 45(g) and Local Civil Rule 83.6.

Dated: November 14, 2023        /s/ David Rosenfield
                                          LUCOSKY BROOKMAN LLP
                                          Samuel Louis Blatnick, Esq. (SB6598)
                                          David Michael Rosenfield, Esq. (DR5398)
                                          111 Broadway, Suite 807
                                          New York, New York 10006
                                          973-768-4773
                                          *Counsel for Alan Shinderman & Aspen Asset*
                                          *Management Services, LLC*