**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SECURITIES EXCHANGE
COMMISSION *et al.*,

<table>
<tr><td style="text-align:center">Plaintiffs,</td><td style="text-align:center"><u>**ORDER**</u></td></tr>
<tr><td style="text-align:center">-against-</td><td style="text-align:center">**23-mc-432 (JW)**</td></tr>
</table>

ASPEN ASSET MANAGEMENT
SERVICES, LLC *et al.*,

                                            Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Today the Court received a call seeking an update on a Motion for Attorneys' Fees. On March 4, 2024, Judge Caproni issued an Order directing Respondents to pay Movants' "reasonable fees and costs pursuant to Rule 37(a)(5)(C)." Dkt. No. 33 at 4.  On March 25th, Judge Caproni referred the calculation of attorneys' fees to this Court. On April 2nd, the Parties consented to this Court's jurisdiction. Dkt. No. 37.

Under this Court's newly issued Individual Rules Sec. II.G, *Motions Requiring Submission of an Excel Sheet*, "Excel sheets are required for the following motions: 1) Inquests on Damages 2) **Motions for Attorneys' Fees** 3) FLSA Damages 4) IDEA Reimbursements…within fourteen days of the referral of such a motion to Judge Willis, the moving Party shall submit an Excel sheet including the relevant calculations. **An Excel sheet is required even if the motion was already submitted to a District Judge**…The Excel sheet should be emailed to WillisNYSDChambers@nysd.uscourts.gov  and  should  CC  all

opposing counsel...A letter should also be filed on the docket providing the date and time the Excel sheet was emailed." See https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JW%20Willis%20Individual%20Practices%20for%20Civil%20Cases%20%285-8-24%29.pdf.

As these rules are new, the Movant will be granted an extension **until Friday, May 24th** to move for attorneys' fees, email the required Excel sheet, and file the letter notifying the Court of the submission.

SO ORDERED.

DATED:     New York, New York
           May 16, 2024

                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge